UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY FONTENOT | CIVIL ACTION NO. 1:12-CV-545 |
| VERSUS | JUDGE James T. Trimble, Jr. |
| RAPIDES PARISH WORK PROGRAM, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Additionally, the Court notes the copy of the report and recommendation mailed July 02, 2012 to Mr. Fontenot's last known address was returned to the Clerk of Court on July 13, 2012, marked "return to sender". More than thirty days have passed since July 13, 2012, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W and Rule 41(b) of the Federal Rules of Civil Procedure is also appropriate. Accordingly,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Beaumont, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 4th day of September, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE